# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

08 MJ 1479

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>Valois Gilbert CANDELARIA | ) Magistrate's Case No. _____<br>)<br>) COMPLAINT FOR VIOLATION OF<br>) 21 U.S.C. 952 and 960<br>)<br>) Unlawful Importation of a Controlled Substance<br>)<br>)<br>) |

The undersigned complainant being duly sworn states:

### COUNT ONE

That on or about May 12, 2008, within the Southern District of California, defendant Valois Gilbert CANDELARIA did knowingly and intentionally import approximately 53.80 kilograms (118.36 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Signature of Complainant
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this 13 day of May, 2008.

United States Magistrate Judge

**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

United States of America
VS.
Valois Gilbert CANDELARIA

### PROBABLE CAUSE STATEMENT

On May 12, 2008 at approximately 0825 hours, Valois Gilbert CANDELARIA entered the United States from Mexico at the San Ysidro Port of Entry (SYSPOE), San Diego, California as the driver and sole occupant of a 1999 Dodge Durango bearing California license plate 5XJG147.    A Customs and Border Protection Officer (CBPO) came in contact with CANDELARIA on lane 7.  CANDELARIA presented a California driver's license and a birth certificate.  CANDELARIA stated he was going to San Ysidro, CA to shop.  As the CBPO turned to his computer to input CANDELARIA's information, the CBPO noticed CANDELARIA's posture change from interested to disinterested.  The computer generated an alert on CANDELARIA for prior drug smuggling.  The CBPO verified CANDELARIA's name as a match.  The CBPO asked CANDELARIA if he was bringing anything back from Mexico and CANDELARIA stated no.  The CBPO asked CANDELARIA if he wanted to declare anything and CANDELARIA stated no.  The CBPO inspected the interior of the vehicle and noticed that is was clean with no personal effects in it.  The CBPO referred CANDELARIA and the vehicle into the secondary lot for further inspection.

A Canine Enforcement Officer (CEO) screened the Dodge CANDELARIA was driving with his Narcotic/Human Detector Dog (NHDD).  The NHDD alerted to a narcotic odor emitting from the driver side doors of the Dodge.

A Customs and Border Protection Officer (CBPO) conducted an intensive inspection on the Dodge.  A total of 35 packages containing approximately 53.80 kilograms (118.36 pounds)

of marijuana were found concealed within the doors, back hatch, and gas tank of the vehicle. A presumptive test of one of the packages revealed a positive reaction to the presence of marijuana.

CANDELARIA stated post-miranda he wasn't told what would be in the vehicle, but that he suspected the vehicle contained marijuana. CANDELARIA stated he was going to drop off the vehicle at the 99 cents store in San Ysidro, CA. CANDELARIA was suppose to be given another vehicle worth $600 USD as a form of payment.

CANDELARIA was arrested and charged with violation of Title 21 USC 952, 960, Unlawful Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, CA.