FILED
JUN - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1826-WQH |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (net weight) (Felony) |
| VALOIS GILBERT-CANDELARIA, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about May 12, 2008, within the Southern District of California, defendant VALOIS GILBERT-CANDELARIA, did knowingly and intentionally import approximately 48.42 kilograms (106.52 pounds) of Marijuana (net weight), a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 6/5/08

KAREN P. HEWITT
United States Attorney

[signature]
W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:San Diego
5/27/08