

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUN - 5 2008

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| VALOIS GILBERT-CANDELARIA | CASE NUMBER: 08CR1826-WQH / 08mj1479 |

    I, __VALOIS GILBERT-CANDELARIA__, the above named defendant, who is accused of committing the following offense:

    Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6/5/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
             Judicial Officer