U.S.A. vs **Valois Gilbert Candelaria**        No. **08cr1826-WQH**

The Court finds excludable delay, under the section indicated by check ( ✓ ),
commenced on **7-3-08** and ended on **7-8-08** ; ( XT4 )
_____ and ended on _____ . ( )

**3161(h)**

___ (1)(A)   Exam or hrg for **mental or physical incapacity**                          A
___ (1)(B)   **NARA examination (28:2902)**                                             B
___ (1)(D)   State or Federal trials or **other charges pending**                       C
___ (1)(E)   **Interlocutory appeals**                                                  D
___ (1)(F)   **Pretrial motions** (from flg to hrg or other prompt dispo)               E
___ (1)(G)   **Transfers from other district** (per FRCrP 20, 21 & 40)                  F
___ (1)(J)   **Proceedings under advisement** not to exceed thirty days                 G
___          Misc proc: Parole or prob rev, deportation, **extradition**                H
___ (1)(H)   **Transportation** from another district or to/from examination            6
             or hospitalization in ten days or less
___ (1)(I)   Consideration by Court of **proposed plea agreement**                      7
___ (2)      **Prosecution deferred** by mutual agreement                               I
___ (3)(A)(B) **Unavailability of defendant or essential witness**                      M
___ (4)      Period of **mental or physical incompetence** of defendant to              N
             stand trial
___ (5)      Period of **NARA commitment or treatment**                                 O
___ (6)      **Superseding indictment and/or new charges**                              P
___ (7)      **Defendant awaiting trial of co-defendant** when no severance             R
             has been granted
___ (8)(A)(B) **Continuances** granted per (h)(8)-use "T" alone if more than            T
             one of the reasons below are given in support of continuance
___ (8)(B)(I)  1) Failure to grant a **continuance** in the proceeding                  T1
                  would result in a **miscarriage of justice** and
                  the ends of justice outweigh the best interest
                  of the public and the defendant in a speedy trial.
                  **(Continuance - miscarriage of justice)**
___            2) Failure to grant a **continuance** of the trial would result in
                  a miscarriage of justice as the defendant has tendered a
                  guilty plea to a magistrate judge and is awaiting a
                  determination as to whether the plea will be accepted.
                  **(Continuance - tendered a guilty plea)**
___ (8)(B)(ii)  2) **Case** unusual or **complex**                                      T2
___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days  T3
_X_ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel,    (T4)
                   or give reasonable time to prepare
                   **(Continuance re counsel)**
___ 3161(I)    Time up to **withdrawal of guilty plea**                                 U
___ 3161(b)    **Grand jury indictment time extended** thirty (30) more days            W

Date **7-3-08**                                          **CAB**
                                                    Judge's Initials